**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7069**

SAMUEL A. WILDER,

　　　　　Plaintiff - Appellant,

　　　v.

WILLIAM F. KREBS, in his individual capacity as Dentist at McCormick Correctional Institution,

　　　　　Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Cameron McGowan Currie, Senior District Judge.  (2:17-cv-00763-CMC)

Submitted:  November 21, 2019　　　　　　　　Decided:  November 26, 2019

Before KEENAN and DIAZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Samuel Anthony Wilder, Appellant Pro Se.  Ashley S. Heslop, HALL BOOTH SMITH, PC, Mount Pleasant, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Anthony Wilder appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wilder v. Krebs*, No. 2:17-cv-00763-CMC (D.S.C. April 25, 2019; June 20, 2019). We grant Krebs' motion to extend the filing time for his informal response brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*